**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7280**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

NORMAN LYDELL FORD, a/k/a BooBoo,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  James C. Dever III, District Judge.  (2:18-cr-00030-D-1)

_____

Submitted:  March 15, 2023                    Decided:  March 24, 2023

_____

Before KING, THACKER, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Norman Lydell Ford, Appellant Pro Se.  Michael Bredenberg, Special Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norman Lydell Ford appeals the district court's order denying his motion for compassionate release. We review a court's denial of a compassionate release motion for abuse of discretion. *United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023). Upon review of the record, we conclude that the court did not abuse its discretion in denying Ford's motion for compassionate release. Moreover, to the extent Ford seeks correction of his underlying sentence, his request is barred by our Court's recent 2022 decision in *United States v. Ferguson*, 55 F.4th 262, 272 (4th Cir. 2022) (recognizing that "a compassionate release motion cannot be used to challenge the validity of a defendant's . . . sentence").

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*